**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 93-9345

ROBIN JOY SHAHAR,

Plaintiff-Appellant,

versus

MICHAEL J. BOWERS, Individually
and in his official capacity as
Attorney General of the State of
Georgia,

Defendants-Appellees.

--------------------------
Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion December 20, 1995, 11th Cir., 1995,___ F.2d ___)

(March 8, 1996)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court

en banc.  The previous panel's opinion is hereby VACATED.

_____

*Senior U.S. Circuit Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).